PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099        COURTESY COPY

January 27, 2021

By Email

Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York  10007



    Re:  Evelina Calcano v. Andy & Evan Industries, Inc., 1:20-cv-09727 (KPF)

Your Honor:

    This case is presently scheduled for an Initial Conference on Friday February 5, 2021.  The parties are engaged in settlement negotiations and hope to resolve the case in the next 30 days.  I have consulted with Plaintiff's counsel, Jeffrey Gottlieb, Esq. We jointly request that the Initial Conference be adjourned by at least 30 days in order to allow the parties to attempt to resolve the case without further action of the Court.  This is the first request for such an adjournment.

    Thank you for your consideration.

                              Respectfully submitted,

                              /s/ Katherine B. Harrison
                              Katherine B. Harrison

cc:  Jeffrey M. Gottlieb, Esq.

Application GRANTED.  The initial pretrial conference scheduled for February 5, 2021, is hereby ADJOURNED to March 5, 2021, at 3:00 p.m.  The parties are directed to submit a joint letter and, if applicable, a Proposed Case Management Plan and Scheduling Order on or before February 25 2021.

Dated:     January 27, 2021            SO ORDERED.
           New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE